[No. 33640-5-II.   Division Two.   May 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD DUPREE RAYMOND, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01256-1, John F. Nichols, J., entered August 3, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 30419-8-II; 30435-0-II.   Division Two.   May 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROL JEAN CARLSON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL DEAN CARLSON, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-03854-2 and 01-1-03853-4, Lisa R. Worswick, J., entered May 23 and 27, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 23120-8-III.   Division Three.   May 11, 2006.]

*In the Matter of the Parentage of* H.R.

THOMAS A. RUS, *Respondent,* v. MICHELLE FINLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 02-5-50019-0, Robert G. Swisher, J., entered June 23, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, J., and Thompson, J. Pro Tem.